No. 01–9076. WARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9078. WYCKHOUSE *v.* MOORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–9079. WALKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9082. BRIGGS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9084. MARTINEZ-ALCARAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9085. PARKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9086. CALIA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9212. MILLER *v.* FRANCIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–1860. MEMORIAL HOSPITALS ASSN. *v.* HUMPHREY. C. A. 9th Cir. Motion of respondent to strike supplemental brief of petitioner denied. Certiorari denied.

No. 01–798. HEAD, WARDEN *v.* ROMINE. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–942. DELAWARE *v.* ATKINSON. Sup. Ct. Del. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–1354. OHIO *v.* WASHINGTON. Ct. App. Ohio, Cuyahoga County. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–983. LEGGETT *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to file sealed order under seal granted. Certiorari denied.